THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lisa Ann Blakeney, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-043
 Submitted January 1, 2011  Filed February
 2, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Lisa Ann Blakeney appeals her convictions for
 possession with intent to distribute crack cocaine, assault and battery of a
 high and aggravated nature, and failure to stop for a blue light.  On appeal, Blakeney
 argues the trial court's jury charge on reasonable doubt was erroneous and
 confused the jury, and it lessened the State's burden of proof.  After a thorough review of the record, counsel's brief,
 and Blakeney's pro se brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsel's
 petition to be relieved. 
APPEAL
 DISMISSED.
HUFF and LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.